**Guy A. THOMPSON, Trustee, Missouri Pacific Railroad Co., Appellant, v. Mrs. Helen NASH.**

**No. 11174.**

Circuit Court of Appeals, Eighth Circuit.

Aug. 11, 1938.

Robert E. Wiley and Earle W. Moorhead, both of Little Rock, Ark., for appellant.

William F. Denman, of Prescott, Ark., for appellee.

PER CURIAM.

Appeal dismissed at costs of appellant, but without taxation of attorney fee, which is waived, per stipulation of parties.

■

**The T. J. HALL COMPANY, Appellant, v. James T. PELL, Appellee.**

**No. 8058.**

Circuit Court of Appeals, Sixth Circuit.

March 13, 1939.

Stephens, Lincoln & Stephens, of Cincinnati, Ohio, for appellant.

Judson A. Shuey and Sol N. Wolfson, both of Cincinnati, Ohio, for appellee.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel and it appearing that the libel is based upon an alleged contract for hiring appellee as a pilot on the Steamer "Margaret Hall" from June 19, 1937, to January 22, 1938, inclusive; and it further appearing by the decided weight of the evidence that no such contract, either express

or implied, was entered into between appellant and appellee, it is therefore ordered and adjudged that this cause be, and the same is, dismissed.

■

**Bernard F. TRATTNER et al., Appellants, v. UNITED STATES of America.**

**No. 11357.**

Circuit Court of Appeals, Eighth Circuit.

Feb. 27, 1939.

Malcolm I. Frank, of St. Louis, Mo., for appellants.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Henry G. Morris, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal dismissed without costs to either party in this court, on motion of appellee, for failure to comply with order of District Court under provisions of Rule IX of Supreme Court of the United States.

■

**TRUAX–TRAER COAL COMPANY v. NATIONAL BITUMINOUS COAL COMMISSION.**

**No. 6559.**

Circuit Court of Appeals, Seventh Circuit.

Feb. 16, 1939.

Before SPARKS and MAJOR, Circuit Judges.

PER CURIAM.

Upon all the papers and proceedings heretofore had in this action, now, upon motion of the respondent, dated the 6th day of February, 1939.

It is hereby ordered that the order of this court dated the 17th day of February, 1938, granting an injunction pendente lite be set aside, and the injunction vacated, and the petition be, and the same hereby is dismissed, without costs to either party, on the ground that this cause has become moot.